UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:18-CR-202-MOC

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| TONY BERNARD ALEXANDER, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on Defendant's Pro Se filing, captioned as a "Pursuant to Fed. R. Civ. P. 59(e), concerning the Obstruction of Process of Courts, Doc. 50-53." (Doc. No. 54). The Court construes Defendant's filing a Motion to Reconsider the Court's prior Order denying Defendant's Motion to Dismiss, and the Court hereby denies the motion to reconsider, as the Court has already thoroughly discussed Defendant's arguments regarding the search at issue in Defendant's prior motion to suppress.

**IT IS SO ORDERED.**

Signed: September 3, 2019

Max O. Cogburn Jr.
United States District Judge

1