UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:18-CR-202-MOC

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| Vs. | ) ORDER |
| | ) |
| **TONY BERNARD ALEXANDER,** | ) |
| | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on Defendant's second pro se Motion for Reconsideration. (Doc. No. 56). The Court denies the motion for the same reasons given when denying his first motion for reconsideration. <u>See</u> (Doc. No. 55).

**IT IS SO ORDERED.**

Signed: September 23, 2019

Max O. Cogburn Jr.
United States District Judge

1