UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:18-CR-202-MOC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **TONY BERNARD ALEXANDER,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on Defendant's most recent pro se filing, (#58), which is docketed as a pro se letter, and which this Court will construe as a third motion for reconsideration of the Court's prior Order denying Defendant's motion to dismiss. Defendant's motion is denied for the same reasons the Court denied his first and second motions for reconsideration.

**IT IS SO ORDERED.**

Signed: October 18, 2019

Max O. Cogburn Jr.
United States District Judge

1