UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-CR-202-MOC-DSC-1

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **TONY BERNARD ALEXANDER,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** comes before the Court on Defendant's pro se "Notice of Appeal from Order of Magistrate Judge." (Doc. No. 98). The Court will require the Government to file a response to Defendant's motion.

**ORDER**

The Government shall respond to Defendant's "Notice of Appeal from Order of Magistrate Judge" within 10 days.

Signed: March 12, 2021

Max O. Cogburn Jr.
United States District Judge