UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:18-CR-202-MOC

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **TONY BERNARD ALEXANDER,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on Defendant's pro se Motion for Reconsideration, (Doc. No. 103), of this Court's order affirming the detention order of the U.S. magistrate judge. The Court **DENIES** the motion for reconsideration.

**IT IS SO ORDERED.**

Signed: April 13, 2021

Max O. Cogburn Jr.
United States District Judge

1