UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-CR-202-MOC-DSC-1

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **TONY BERNARD ALEXANDER,** | ) | |
| Defendant. | ) | |

**THIS MATTER** comes before the Court on Defendant's Pro Se Motion to Reduce Sentence and to Terminate Supervised Release, (Doc. No. 110). Defendant appears to seek dismissal of the pending supervised release violation charges against him, and he asks the Court to terminate his supervised release.

**ORDER**

Defendant's Pro Se Motion to Reduce Sentence and to Terminate Supervised Release, (Doc. No. 110), is **DENIED** as moot. Since filing this motion, Defendant was sentenced to time served and to 29 months of supervised release after a supervised release revocation hearing.

Signed: November 24, 2021

Max O. Cogburn Jr.
United States District Judge