UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-cr-202-MOC

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| TONY BERNARD ALEXANDER, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** is before the Court on Defendant's pro se Motion for Early Termination of Probation/Supervised Release. (Doc. No. 135, 136). Defendant is incarcerated at the Mecklenburg County Detention Center awaiting a hearing on the revocation of his supervised release. In his pending motion, Defendant argues that he should be released because he has been waiting an unreasonable time for his hearing on his supervised release violation.

Defendant's pro se Motion for Early Termination of Probation/Supervised Release, (Doc. No. 135, 136), is **DENIED**.

Signed: November 18, 2022

Max O. Cogburn Jr.
United States District Judge

1